IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-22435 CMB |
| Thomas P. O'Brien, Sr., ) | Chapter 13 |
| *Debtor* ) | Docket No. |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through his attorney Julie Frazee Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Thomas P. O'Brien, Sr., had an address of 119 Orchard Street, Monroeville, PA 15146-4125.

2. The debtor has since moved and the new address is 121 Trailwood Lane, McDonough, GA 30253.

WHEREFORE, the debtor, Thomas P. O'Brien, Sr., respectfully files this Notice of Change of Address.

Respectfully submitted,

July 6, 2022
DATE

/s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
julie.steidl@steidl-steinberg.com
PA ID #35937