Form 309

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Thomas P. O'Brien Sr.** | : | Case No. 20−22435−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Doc. No. 39 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this *The 16th of November, 2022,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby *ORDERED, ADJUDGED and DECREED* as follows:

      (1)  The above−captioned case is *DISMISSED, without prejudice*. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-22435-CMB
Thomas P. O'Brien, Sr.     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Nov 16, 2022     Form ID: 309     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas P. O'Brien, Sr., 121 Trailwood Lane, McDonough, GA 30253-8264 |
| 15279073 | + | Christine A. Holman, Esq., PO Box 295, Frackville, PA 17931-0295 |
| 15279077 | + | Mark Giffin, 110 Chestnut Street, Apt. A, Jeannette, PA 15644-2304 |
| 15279078 | + | Matthew D. Urban, Esq., Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, SUite 2500, Pittsburgh, PA 15219-1842 |
| 15279082 | + | PSECU, P.o. Box 1006, Harrisburg, PA 17108-1006 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 16 2022 23:56:00 | BankUnited N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| cr | + | EDI: RECOVERYCORP.COM | Nov 17 2022 04:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15293465 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 16 2022 23:56:00 | Bank United N.A., C/O Carrington Mortgage Services, LLC., 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 15279071 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 16 2022 23:56:00 | Carrington Mortgage Services, 15 Enterprise St, Aliso Viejo, CA 92656-2653 |
| 15279072 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 16 2022 23:56:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 15302147 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 16 2022 23:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15279075 | | Email/Text: administrative@foundationfinance.com | Nov 16 2022 23:57:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 15284900 | + | Email/Text: bncmail@w-legal.com | Nov 16 2022 23:57:00 | Foundation Finance Company, C/O: WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15279074 | + | Email/Text: administrative@foundationfinance.com | Nov 16 2022 23:57:00 | Foundation Finance Company, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 15279076 | | EDI: WFNNB.COM | Nov 17 2022 04:53:00 | Lending Club Patient Solutions, PO Box 659622, San Antonio, TX 78265-9622 |
| 15279080 | + | EDI: AGFINANCE.COM | Nov 17 2022 04:53:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15279079 | + | EDI: AGFINANCE.COM | Nov 17 2022 04:53:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15279081 | + | Email/Text: bankruptcynotices@psecu.com | Nov 16 2022 23:57:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15301013 | | EDI: PRA.COM | | |

Case 20-22435-CMB    Doc 42    Filed 11/18/22    Entered 11/19/22 00:28:08    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: 309 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 17 2022 04:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15290933 | + | Email/Text: bankruptcynotices@psecu.com | Nov 16 2022 23:57:00 | PSECU, PO BOX 67013, HARRISBURG PA 17106-7013 |
| 15301444 | | EDI: Q3G.COM | Nov 17 2022 04:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15279750 | + | EDI: RMSC.COM | Nov 17 2022 04:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15279085 | + | EDI: RMSC.COM | Nov 17 2022 04:53:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15279083 | + | EDI: RMSC.COM | Nov 17 2022 04:53:00 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Foundation Finance Company |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15279086 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15279084 | *+ | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Foundation Finance Company bnicholas@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Debtor Thomas P. O'Brien  Sr. julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Michael J Shavel | on behalf of Creditor BankUnited N.A. mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Nov 16, 2022 Form ID: 309 Total Noticed: 24

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6