**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOMAS P. O'BRIEN, SR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-22435<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/20/2020 and confirmed on 10/27/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 27,422.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 27,422.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 1,285.16 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,785.16 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BANK UNITED NA | 17,246.50 | 17,246.50 | 0.00 | 17,246.50 |
|     Acct: 3587 | | | | |
|   BANK UNITED NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3587 | | | | |
|   FOUNDATION FINANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0341 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 353.55 | 353.55 |
|     Acct: 0424 | | | | |
|   MARK GIFFIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
| | | | | 17,600.05 |
| Priority | | | | |
|   JULIE FRAZEE STEIDL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS P. O'BRIEN, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 20-22435 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|    STEIDL & STEINBERG | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|    FOUNDATION FINANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0341 | | | | |
|    QUANTUM3 GROUP LLC - AGENT FOR CC | 6,025.65 | 1,519.83 | 0.00 | 1,519.83 |
|      Acct: 9013 | | | | |
|    ONE MAIN FINANCIAL GROUP LLC A/S/F S | 824.18 | 207.88 | 0.00 | 207.88 |
|      Acct: 6277 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES, LL | 10,772.71 | 2,717.16 | 0.00 | 2,717.16 |
|      Acct: 7953 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES, LL | 2,096.70 | 528.84 | 0.00 | 528.84 |
|      Acct: 3933 | | | | |
|    DUQUESNE LIGHT COMPANY(*) | 250.11 | 63.08 | 0.00 | 63.08 |
|      Acct: 4546 | | | | |
|    WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 7953 | | | | |
|    BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    HILL WALLACK LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
| | | | | 5,036.79 |

TOTAL PAID TO CREDITORS                                                                                                        22,636.84

  TOTAL CLAIMED
  PRIORITY                         0.00
  SECURED                17,246.50
  UNSECURED           19.969.35

Date: 12/08/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com